IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARLA FERGUSON**                                                              **PLAINTIFF**
*ADC #718192*

v.                              CASE NO. 4:24-CV-00935-BSM

**DOE, State**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE